IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-03371-REB-KMT | FTR - Courtroom C-201 |
| **Date:** July 31, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| E-TECH USA, INC., a Delaware corporation, for itself and as assignee of ISIDOREY LLC, EUROTECH S.P.A., an Italian joint stock company, and EUROTECH, INC., a Maryland corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>KYLE ROCHE, an individual, DIRK HUSSELMAN, an individual, CHRISTOPHER CHIAPPONE, an individual, 2LEMETRY, LLC, a California limited liability company, and DOES 1-10,<br><br>      Defendants. | David R. Hammond<br>Scott M. Lilja<br><br><br><br><br><br><br><br>Peter John Korneffel, Jr.<br>William Ross Overend (by phone) |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:34 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Defendants' Motion for Entry of a Protective Order [Doc. No. 36, filed July 17, 2012].

Attorney William Overend informs the court language has been agreed on paragraph 10(c). The paragraph is resolved and will not require argument at this hearing.

Argument from defense counsel.
Argument from plaintiff's counsel.

It is **ORDERED**:    Defendant's Motion for Entry of a Protective Order [36] is **GRANTED IN PART AND DENIED IN PART**. With regard to source code, the producing party will make source code available

at either the producing party's office or, at the election of the receiving party, at a secure third-party site selected by the producing party. A proposed third-party site will be within 100 miles of the expert's office or other primary place of business. No modification of the Protective Order is required regarding expert's use of analytical tools.

The parties shall make the necessary modifications to the Protective Order and submit it to the court on or before August 6, 2012.

It is **ORDERED**: The fact discovery cut-off, dispositive motion deadline, affirmative expert disclosure deadline, rebuttal expert disclosure deadline, and expert discovery cut-off deadlines are all **VACATED** and reset to the following dates:

Fact discovery cut-off: October 26, 2012
Expert discovery cut-off: November 16, 2012
Dispositive motion deadline: December 7, 2012
Disclosure of Affirmative Experts: September 28, 2012
Disclosure of Rebuttal Experts: October 26, 2012

It is **ORDERED**: Status Conference set on September 4, 2012 at 1:30 p.m. Counsel may participate in the Status Conference via telephone by calling chambers at (303)-335-2780 and place a conference call to chambers in the event all agree that the status conference is unnecessary.

**Court in Recess: 2:25 p.m.**
Hearing concluded.
Total In-Court Time     00:51

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.