IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-03371-REB-KMT | FTR - Courtroom C-201 |
| **Date:** October 30, 2012 | Deputy Clerk, Nick Richards |
| | |
| E-TECH USA, INC., a Delaware corporation, for itself and as assignee of ISIDOREY LLC, EUROTECH S.P.A., an Italian joint stock company, and EUROTECH, INC., a Maryland corporation, | James Brady Brammer Scott M. Lilja |
| Plaintiffs, | |
| v. | |
| KYLE ROCHE, an individual, DIRK HUSSELMAN, an individual, CHRISTOPHER CHIAPPONE, an individual, 2LEMETRY, LLC, a California limited liability company, and DOES 1-10, | William Ross Overend Peter John Korneffel, Jr. Matt Peters |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session: 1:36 p.m.**
Court calls case. Appearances of counsel. Defense counsel appears via telephone.

Motion Hearing called regarding Plaintiff's Motion to Compel Responses to Requests for Production [Doc. No. 55, filed October 5, 2012].

The Court notes receipt of the remainder of Exhibit 5 from Plaintiff's Motion to Compel [55], which was incomplete. Pages 141-183 of Exhibit 5 will be attached to these minutes.

It is **ORDERED**:    Plaintiff's Motion to Compel [55] is **GRANTED IN PART AND DENIED IN PART** as stated on the record.

The motion is **GRANTED** as to Requests for Production Nos. 3, 4, 5, 20, 37, 40, and 56.

>As to Requests 3, 4, and 5, a full mirror image of each computer hard drive will be made by Plaintiffs' expert and will be listed as AEO. Plaintiffs agree to not view, as much as possible, any personal or privileged documents in the mirror images of the hard drives in question. The protocol previously used by the parties for transmission of the original hard drives is approved by the court.
>
>As to Requests 20, 37, and 40, Defendants will produce all documents or communications identifying or relating to any software technology including Isidorey Software Technology and RingDNA. The RingDNA source code will be treated as AEO and highly-confidential material.
>
>As to Request No. 56, Defendants shall produce documents as to any potential investors in pre-dissolution Isidorey unless they are subject to any applicable privileges.

Defense counsel notes that documents pertaining to Request No. 56 have already been produced.

>The motion is **DENIED** as to all further requests pertaining to 2Lemetry, LLC. as noted in the Motion. Defense counsel states that documents pertaining to 2Lemetry, LLC have already been produced. Defense counsel shall supplement any documents if necessary.

It is **ORDERED**: The fact discovery cut-off of October 26, 2012, the expert discovery cut-off of November 16, 2012, the dispositive motion deadline of December 7, 2012, and the disclosure of rebuttal experts of October 26, 2012 are **VACATED** and reset to the following dates:

>Fact discovery cut-off: November 23, 2012
>Expert discovery cut-off: December 21, 2012
>Dispositive motion deadline: January 30, 2013
>Disclosure of Rebuttal Experts: November 8, 2012

**Court in Recess: 3:36 p.m.**
Hearing concluded.
Total In-Court Time     02:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.