**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-03371-REB-KMT

E-TECH USA, INC., a Delaware corporation, for itself and as assignee of ISIDOREY
LLC, EUROTECH, S.P.A., an Italian joint stock company, and
EUROTECH, INC., a Maryland corporation,

      Plaintiffs,

v.

KYLE ROCHE, and individual,
DIRK HUSSELMAN, an individual,
CHRISTOPHER CHIAPPONE, an individual,
2LEMETRY, LLC, a California limited liability company, and
DOES 1-10,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation For Dismissal With Prejudice**

[#64][1] filed January 15, 2013.  After reviewing the stipulation and the record, I conclude

that the stipulation should be approved and that this action should be dismissed with

prejudice with the parties to bear their own attorney fees and costs.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#64] filed January 15,

2013, is **APPROVED**;

      2.  That the Final Pretrial Conference and Trial Preparation Conference set for

March 29, 2013, are **VACATED**;

---

[1] "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That the jury trial set to commence April 15, 2013, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 15, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge